# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER GREEN,<br><br>    Plaintiff,<br><br>v.<br><br>GENZYME GENETICS, a corporation; and DOES 1 - 20, inclusive,<br><br>    Defendants. | Case No. SACV07-842 DOC (RNBx)<br><br>ORDER DISMISSING ACTION WITH PREJUDICE |

Upon the Stipulation of the parties and good cause appearing therefore, the above-captioned action is hereby dismissed in the entirety with prejudice. Each party shall bear her/its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: February 29, 2008

_____
U.S. DISTRICT COURT JUDGE

101074471.1

Case No. Case No. SACV07-842 DOC (RNBx)
ORDER DISMISSING ACTION WITH PREJUDICE